IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA PALACIOS,<br><br>Plaintiff,<br><br>vs.<br><br>FRESNO SUPERIOR COURT, et. al.,<br><br>Defendants. | **Old Case No. 1:09-cv-554 OWW GSA**<br>**New Case No. 1:09cv-554 OWW DLB**<br><br>ORDER DISQUALIFYING<br>MAGISTRATE JUDGE |

The undersigned has been named as a defendant in this case and therefore disqualifies himself from all proceedings in the present action. The Clerk of the Court has reassigned this case to Magistrate Judge Dennis L. Beck's docket. Accordingly, the new case number shall be **1:09cv554 OWW DLB**. All future pleadings shall be so numbered. Failure to use the correct case number may result in a delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

1

Dated: **March 26, 2009**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE