# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA PALACIOS, | 1:09cv0554 OWW DLB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | (Document 16) |
| FRESNO COUNTY SUPERIOR COURT, et al., | ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| Defendants. | |

    Plaintiff Gloria Palacios ("Plaintiff"), appearing pro se, filed the instant civil rights action on March 25, 2009.

    On October 21, 2009, the Magistrate Judge issued Findings and Recommendation that that certain claims and certain Defendants be DISMISSED WITHOUT LEAVE TO AMEND. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. Over thirty (30) days have passed and Plaintiff has not filed objections.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated October 21, 2009, is ADOPTED IN FULL;
2. Plaintiff's ADA, RA and section 1985(3) claims ARE DISMISSED WITHOUT LEAVE TO AMEND; and
3. Defendants Petrucelli, Kalemakarian, Austin, Arax, Gaab, Soley, Nytrom-Gist, Ardaiz, Beard, Collins, Beckette, La Flori, Teresa Doe, Fran Riley, Sara Campbell, D. Brengelman, Jane Doe, Sharon Doe, Diane Monopoly and Jane Doe(2) ARE DISMISSED.

IT IS SO ORDERED.

**Dated:   December 3, 2009**              /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE