# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA PALACIOS, | 1:09cv0554 OWW DLB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | (Document 23) |
| FRESNO COUNTY SUPERIOR COURT, et al., | |
| Defendants. | |

　　　Plaintiff Gloria Palacios ("Plaintiff"), appearing pro se, filed the instant civil rights action on March 25, 2009.  On February 5, 2010, the Magistrate Judge issued Findings and Recommendation that the action be dismissed for Plaintiff's repeated failures to follow the Court's orders and failure to prosecute this action.  The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days.

　　　The Findings and Recommendation was re-served on Plaintiff on March 1, 2010, pursuant to Plaintiff's notice of change of address.  Over thirty (30) days have passed from the date of re-service and Plaintiff has not filed objections.

　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation dated February 5, 2010, is ADOPTED IN FULL;
2. Plaintiff's action is DISMISSED.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   April 16, 2010**                             /s/ Oliver W. Wanger
                                                                 UNITED STATES DISTRICT JUDGE